**MATTHEW BECKER, SBN 262816**
BECKER LAW PRACTICE
333 University Avenue, Suite 200
Sacramento, CA 95825
beckerlawpractice@gmail.com
Telephone: (916) 591-5150
Facsimile: (916) 352-6299

Attorney for SOLIQUE WEBB

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO and MATTHEW LAWRENCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLIQUE WEBB,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, MATTHEW LAWRENCE,<br><br>     Defendants. | Case No.: 2:22-cv-01664-TLN-KJN<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**<br><br>Complaint filed: September 21, 2022 |

COMES NOW Plaintiff Solique Webb and Defendants City of Sacramento and Matthew Lawrence, by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Status (Pre-trial Scheduling) Order dated September 22, 2022 (ECF No. 4), be modified to reflect new deadlines and cut-off dates as follows, or as to accommodate the Court's docket:

|   | **Current Date** | **New Date** |
|---|---|---|
| Fact Discovery Cut-Off: | August 12, 2023 | January 8, 2024 |
| Expert Disclosure: | October 11, 2023 | March 11, 2024 |
| Rebuttal Expert Disclosure: | November 10, 2023 | April 12, 2024 |
| Dispositive Motions filed by: | February 8, 2024 | July 8, 2024 |

WHEREAS, the parties have had difficulty in coordinating scheduling for discovery;

WHEREAS, counsel for all parties have met and conferred and agree that it would be in the interest of justice and judicial economy and that good cause exists for the modification of the scheduling order;

WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the deadlines will not prejudice any party or their counsel;

WHEREAS, this is the parties' first request to modify the scheduling order.

**IT IS SO STIPULATED**.

DATED: August 25, 2023                            BECKER LAW PRACTICE

By:   /s/ MATTHEW BECKER
      **MATTHEW BECKER**

Attorneys for SOLIQUE WEBB

DATED: August 25, 2023                            SUSANA ALCALA WOOD,
      City Attorney

By:   /s/ SEAN D. RICHMOND
      **SEAN D. RICHMOND**
      Senior Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO and MATTHEW LAWRENCE

**ORDER**

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

|  | **New Date** |
|---|---|
| Fact Discovery Cut-Off: | **January 8, 2024** |
| Expert Disclosure: | **March 11, 2024** |
| Rebuttal Expert Disclosure: | **April 12, 2024** |
| Dispositive Motions filed by: | **July 8, 2024** |

**IT IS SO ORDERED.**

Dated: August 28, 2023

Troy L. Nunley
United States District Judge